## Sollinger's Estate (No. 3).

Argued April 27, 1909.  Appeal, No. 154, April T., 1909, by
Annie B. Stevens, from decree of O. C. Allegheny Co., May T.,
1908, No. 99, dismissing exceptions to adjudication in Estate
of Mary Sollinger, deceased.  Before RICE, P. J., PORTER,
HENDERSON, MORRISON, ORLADY, HEAD and BEAVER, JJ.
Affirmed.

OPINION BY BEAVER, J., July 14, 1909:

This is an appeal from the decree of the orphans' court of
Allegheny county, from which the appellant's sister, Susie I.
Wylie, also appealed in No. 154 of April Term, 1909, in which
an opinion has this day been filed, ante, p. 5.

But a single paper-book was prepared, the assignments of
error are similar in all respects and the cases were argued to-
gether.

For the reasons given in Sollinger's Estate (No. 2), ante,
p. 5, we reach a like conclusion.

Decree affirmed and appeal dismissed at the costs of the ap-
pellant.